UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



OCT 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIA MOELLER; RON MOELLER, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THE ALIERA COMPANIES, INC., <br><br> Defendant-Appellant, <br><br> and <br><br> TRINITY HEALTHSHARE, INC.; et al., <br><br> Defendants. | No. 21-35607 <br><br> D.C. No. 6:20-cv-00022-SEH <br> District of Montana, <br> Helena <br><br> ORDER |

The motions (Docket Entry Nos. 9 & 10) to withdraw as counsel for appellant are denied without prejudice to renewed motions that provide appellant's address.

The current briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK21-55586/Pro Mo