No. 21-35607

In The

# United States Court of Appeals For the Ninth Circuit

MARIA MOELLER AND RON MOELLER,

*Plaintiffs-Appellees*,

VS.

THE ALIERA COMPANIES, INC.,

*Defendant-Appellant,*

AND

TRINITY HEALTHSHARE, INC., *ET AL.*,

*Defendants.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, HELENA
NO. 6:20-CV-00022-SEH

**AMENDED MOTION TO WITHDRAW AS COUNSEL
FOR APPELLANT THE ALIERA COMPANIES INC.**

E. Travis Ramey
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
tramey@burr.com

# AMENDED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT THE ALIERA COMPANIES INC.

Counsel for Appellant the Aliera Companies Inc. (Aliera), E. Travis Ramey and the law firm of Burr & Forman LLP, move this Court to enter an order allowing their withdrawal as counsel of record for Aliera. In further support, Counsel states the following:

1. Professional considerations require that Counsel terminate representation of Aliera.

2. When Aliera retained Counsel to represent it in this appeal and related litigation, Aliera entered into an agreement with Counsel governing the terms of the representation. Aliera has failed to abide by the terms of that agreement and has failed to substantially fulfill its obligations to Counsel.

3. Counsel has notified Aliera of its intent to withdraw and has informed Aliera that it may not proceed *pro se* in the case.

4. If permitted to withdraw, Counsel will take all steps necessary to avoid harming Aliera's interests. Counsel's withdrawal will not result in a material adverse effect on Aliera's interests.

5. To that end, if permitted to withdraw, Counsel requests that Aliera be given thirty days in which to hire new counsel and asks that the Court stay all upcoming deadlines for those thirty days. *See also* 9th Cir. R. 27-11 (noting that motions to withdraw "shall stay the schedule for record preparation and briefing pending the Court's disposition of the motion" and such schedule "shall be reset as necessary upon the Court's disposition of the motion").

6. Counsel for Plaintiffs-Appellees has been notified of Counsel's request to withdraw, and he does not oppose it.

7. Counsel is unaware of substitute counsel who may file a notice of appearance on behalf of Aliera, and Counsel has advised Aliera of the risks of not obtaining substitute counsel. Aliera's last known business address (as of October 14, 2021) and phone number are as follows:

> The Aliera Companies Inc.
> P.O. Box 28220
> Atlanta, GA 30358
> Telephone: 404-618-0602

WHEREFORE, Counsel respectfully requests that the Court grant this Amended Motion to Withdraw.

Respectfully submitted,

*s/ E. Travis Ramey*
E. Travis Ramey

Attorney for Appellant The
Aliera Companies Inc.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
Tel: (205) 251-3000
Email: tramey@burr.com

# CERTIFICATE OF COMPLIANCE WITH RULE 27

This Motion complies with the type-face and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E). The motion has been prepared in 14-point Century Schoolbook, which is a proportionally spaced font that includes serifs.

This Motion also complies with the type-volume limitations in Federal Rule of Appellate Procedure 27(d)(2) and Ninth Circuit Rule 27-1 because it contains 333 words.

<u>*s/ E. Travis Ramey*</u><br>
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

> John M. Morrison, Esq.
> MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
> 401 N. Last Chance Gulch
> Helena, MT 59601

I have also served Appellant The Aliera Companies Inc. at the address below.

> The Aliera Companies Inc.
> P.O. Box 28220
> Atlanta, GA 30358

*s/ E. Travis Ramey*
OF COUNSEL