```
```

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIA MOELLER; RON MOELLER, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THE ALIERA COMPANIES, INC., <br><br> Defendant-Appellant, <br><br> and <br><br> TRINITY HEALTHSHARE, INC.; et al., <br><br> Defendants. | No. 21-35607 <br><br> D.C. No. 6:20-cv-022-SEH <br> District of Montana, <br> Helena <br><br> ORDER |

The renewed motions (Docket Entry Nos. 12 & 13) of Stefan T. Wall and Eddie Travis Ramey to withdraw as counsel for appellant are granted. The Clerk will amend the docket to reflect that Stefan T. Wall and Eddie Travis Ramey are no longer counsel of record for appellant.

A corporation must be represented by counsel. *See D-Beam Ltd. Partnership v. Roller Derby Skates, Inc.*, 366 F.3d 972 (9th Cir. 2004). Within 28 days after the date of this order, appellant's new counsel shall file a notice of appearance with the court. A new briefing schedule will be established upon compliance with this order.

Failure to comply with this order will result in the dismissal of this appeal by

LK/Pro Mo

the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

A copy of this order will be provided to appellant at: Attn: Weston Quintrell and John Shipes, 5901 Peachtree Dunwoody Road, Suite B-200, Atlanta, GA 30328.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7
